01/21/2011 NO AMENDED PLAN HAVING BEEN FILED, THIS CASE IS HEREBY DISMISSED.

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MASSACHUSETTS**
**CENTRAL DIVISION**

In re:

MARK J. COGGESHALL and
SUZANNE M. COGGESHALL

Debtors.

Chapter 13
Case No. 10-43960-MSH

## ORDER TO SHOW CAUSE

The Debtors are hereby ORDERED to show cause in writing within 14 days of the date of this Order why this case should not be dismissed for failure to file an amended plan in accordance with this Court’s Order [# 38] dated November 4, 2010.

Dated: December 13, 2010

By the Court,

Melvin S. Hoffman
U.S. Bankruptcy Judge